No. 746. BEKINS ET AL. *v.* BEKINS VAN & STORAGE CO. ET AL. C. A. 5th Cir. Certiorari denied. *Charles Romick* for petitioners. *Paul Carrington* for respondents.

No. 748. YOUNG *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James F. Reilly* and *Harry A. Calevas* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Robert S. Erdahl* and *John R. Wilkins* for the United States.

No. 756. SENS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce, Joseph M. Howard* and *Dickinson Thatcher* for the United States.

No. 758. WILLIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Virgil D. Willis* and *W. S. Walker* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

No. 770. DIXIE TERMINAL CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *John B. Hollister* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 772. LAKE ONTARIO LAND DEVELOPMENT & BEACH PROTECTION ASSOCIATION, INC. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Clay-*